AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 12 A 9: 47
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | RANDOM HOUSE, INC.; ROYALTY INCOME | $ 23,066 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | PSYCHOLOGY PRACTICE |
| 2. 2007 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CARTER EVENT AT UGA | JANUARY 19-21 | ATLANTA, GA | PARTICIPATE IN EVENT | TRANSPORTATION , LODGING & MEALS |
| 2. | FRENCH-AMERICAN FOUNDATION | JANUARY 25 | PARIS, FRANCE | SPEAKER AT EVENT | TRANSPORTATION & MEALS |
| 3. | ANNENBERG FOUNDATION SUNNYLANDS | FEBRUARY 1-4 | PALM SPRINGS, CA | PARTICIPATE IN MEETING | TRANSPORTATION, LODGING & MEALS |
| 4. | CONFERENCE OF CHIEF JUDGES CONFERENCE | FEBRUARY 4-5 | NEW ORLEANS, LA | PARTICIPATE IN CONFERENCE | TRANSPORTATION, LODGING & MEALS |
| 5. | DRED SCOTT | APRIL 6-7 | CAMBRIDGE, MA | PARTICIPATE IN | TRANSPORTATION & MEALS |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BREYER, STEPHEN G | 05/15/2008 |

| | CONFERENCE AT HARVARD | | | CONFERENCE | |
|---|---|---|---|---|---|
| 6. | NEW YORK UNIVERSITY | APRIL 10 | NEW YORK, NY | ANNUAL SURVEY OF AMERICAN | TRANSPORTATION & MEALS |
| 7. | GERMAN MARSHALL FUND BRUSSELS FORUM | APRIL 28 | BRUSSELS, BELGIUM | PARTICIPATE IN FORUM | TRANSPORTATION |
| 8. | UNIVERSITY OF URBINO | APRIL 29 | URBINO, ITALY | CONFERRAL TO HONORARY DEG | TRANSPORTATION & LODGING |
| 9. | CONSTITUTIONAL COURT OF ITALY | APRIL 30 | ROME, ITALY | SPEAKER AT EVENT | LODGING & MEALS |
| 10. | RESEAU ID/YESHIVA UNIVERSITY, CARDOZO SCHOOL OF LAW | MAY 15-16 | NEW YORK, NY | PARTICIPATE IN EVENT | TRANSPORTATION |
| 11. | NEW YORK COURT OF APPEALS, COURTS AND CHILDREN LECTURE | MAY 29 | ALBANY, NY | SPEAKER AT EVENT | TRANSPORTATION & MEALS |
| 12. | COLLEGIATE SCHOOL COMMENCEMENT (PAT HASS) | JUNE 13 | NEW YORK, NY | COMMENCEMENT ADDRESS | TRANSPORTATION & MEALS |
| 13. | ASPEN INSTITUTE | JULY 3-8 | ASPEN, CO | ASPEN IDEAS FESTIVAL | TRANSPORTATION, LODGING & MEALS |
| 14. | ABA RULE OF LAW INITIATIVE DINNER & ABA ANNUAL MEETING | AUGUST 9-10 | SAN FRANCISCO, CA | SPEAKER AT EVENT | TRANSPORTATION & MEALS |
| 15. | ANNUAL GATHERING OF ECONOMICS SECTIONS OF BRITISH ASSOCIATION AND BRITISH INSTITUTE | SEPTEMBER 9-12 | YORK & LONDON, ENGLAND | LECTURER AT EVENT | TRANSPORTATION, LODGING & MEALS |
| 16. | YALE UNIVERSITY, GLOBAL CONSTITUTIONALISM SEMINAR | SEPTEMBER 26 | NEW HAVEN, CT | PARTICIPATE IN EVENT | TRANSPORTATION, LODGING & MEALS |
| 17. | STANFORD UNIVERSITY | OCTOBER 13 | STANFORD, CA | SPEAKER AT FALL REUNION | TRANSPORTATION & MEALS |
| 18. | BIENNIAL FIRST CIRCUIT CONFERENCE | OCTOBER 21-23 | NEW CASTLE, NH | PARTICIPATE IN CONFERENCE | LODGING & MEALS |
| 19. | FELLOWS OF THE FEDERAL BAR ASSOCIATION/ PUERTO RICO SUPREME COURT AND DISTRICT COURT | NOVEMBER 11-13 | SAN JUAN, PUERTO RICO | SPEAKER AT EVENT | TRANSPORTATION & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

| 20 | ACTIVE LIBERTY CONFERENCE AT HUNTER COLLEGE | DECEMBER 10 | NEW YORK, NY | SPEAKER AT EVENT | TRANSPORTATION |
|---|---|---|---|---|---|
| 21. | NATIONAL JUDICIAL ACADEMY OF INDIA, SUPREME COURT OF INDIA | DECEMBER 15-19 | BHOPAL & NEW DELHI, INDIA | SPEAKER AT EVENT | TRANSPORTATION, LODGING & MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2.  CENTOCOR CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 3.  GENZYME CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 4.  SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5.  CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | J | T | None | | | | |
| 6.  U.S. TREASURY NOTE 8/15/08 | B | Interest | K | T | None | | | | |
| 7.  U.S. TREASURY NOTE 8/15/13 | B | Interest | K | T | None | | | | |
| 8.  U.S. TREASURY NOTE 8/15/09 | B | Interest | K | T | None | | | | |
| 9.  U.S. TREASURY NOTE 8/15/10 | B | Interest | K | T | None | | | | |
| 10.  U.S. TREASURY NOTE 2/15/11 | A | Interest | K | T | None | | | | |
| 11.  IRA ACCOUNT: | | | | | | | | | |
| 12.  SCUDDER CORE PLUS INCOME FUND | B | Dividend | K | T | None | | | | |
| 13.  SCUDDER LARGE CAPITAL VALUE FUND | D | Dividend | L | T | None | | | | |
| 14.  OTHER HOLDINGS: | | | | | | | | | |
| 15.  SCUDDER CORE PLUS INCOME FUND - IRA | B | Dividend | K | T | None | | | | |
| 16.  BANK OF AMERICA - CHECKING | B | Interest | K | T | None | | | | |
| 17.  TIAA/CREF | D | Interest | P1 | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TRUST: | | | | | | | | | |
| 19. DMC APARTMENT FUND I (PARTNERSHIP) | F | Rent | K | U | None | | | | |
| 20. CHINA PARTNERS L.P. | D | Dividend | M | U | None | | | | |
| 21. CLAFLIN CAPITAL, VI | A | Dividend | J | U | None | | | | |
| 22. WINDSOR FUND | A | Dividend | J | T | None | | | | |
| 23. AUTOMATIC DATA PROCESSING COMMOM STOCK | B | Dividend | L | T | None | | | | See Part VIII |
| 24. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 25. PROCTER & GAMBLE CO - COMMON STOCK | C | Dividend | M | T | None | | | | |
| 26. STATE STREET BANK IMMA | B | Dividend | K | T | None | | | | |
| 27. CINTAS CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 28. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | None | | | | |
| 29. STATE STREET CORP. COMMON STOCK | B | Dividend | M | T | None | | | | |
| 30. VANGUARD S&P 500 INDEX FUND | D | Dividend | N | T | None | | | | |
| 31. POINT THERAPEUTICS INC -COMMON STOCK | | None | J | T | None | | | | |
| 32. PEPSICO INC. - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 33. COLGATE-PALMOLIVE CO - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 34. EMC CORP - COMMON STOCK | | None | K | T | None | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. NOVARTIS AG SPONSORED ADR | A | Dividend | K | T | None | | | | |
| 36. TEMPTIME INC - COMMON STOCK | | None | J | U | None | | | | |
| 37. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | None | | | | |
| 38. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | None | | | | |
| 39. U.S. TREASURY BILL - 4/26/07 | C | Interest | | | Redemption | 4/26 | M | A | |
| 40. U.S. TREASURY BILL - 10/25/07 | C | Interest | | | Buy | 4/26 | M | | |
| 41. | | | | | Partial Sell | 6/28 | L | A | |
| 42. | | | | | Redemption | 10/25 | L | A | |
| 43. U.S. TREASURY BILL - 5/15/09 | A | Interest | K | T | Buy | 6/28 | K | | |
| 44. U.S. TREASURY BILL - 7/31/08 | A | Interest | K | T | Buy | 6/28 | K | | |
| 45. ISHARES MSCI PAC EX-JAPAN INDEX FD | B | Dividend | K | T | Buy | 7/2 | K | | |
| 46. ISHARES MSCI EMERGING MARKETS IDX FD | A | Dividend | K | T | Buy | 7/2 | K | | |
| 47. ISHARES MSCI EAFE INDEX FD | A | Dividend | K | T | Buy | 7/2 | K | | |
| 48. BROADRIDGE FINL SOLUTIONS INC | A | Dividend | | | Sell | 7/2 | J | C | See Part VIII |
| 49. U.S. TREASURY BILL - 4/17/08 | | None | L | T | Buy | 10/29 | L | | |
| 50. OTHER ASSETS: | | | | | | | | | |
| 51. NATIONAL CITY CORP. COMMON STOCK | C | Dividend | K | T | None | | | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | K | T | None | | | | |
| 53. WAL-MART STORES INC. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 54. COLGATE-PALMOLIVE COMMON STOCK | A | Dividend | L | T | None | | | | |
| 55. SCHERING-PLOUGH CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 56. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | None | | | | |
| 57. SK-N-A NATIONAL BANK SAVINGS ACCT (FORMERLY BARCLAY'S BANK) | A | Dividend | K | T | None | | | | |
| 58. PEARSON ORD. STOCK | F | Dividend | P1 | T | None | | | | |
| 59. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | M | W | None | | | | |
| 60. LLOYD'S BANK | A | Interest | J | T | None | | | | |
| 61. WELLS FARGO & CO. COMMON STOCK | B | Dividend | K | T | None | | | | |
| 62. BP PLC-SPONSORED ADR | B | Dividend | K | T | None | | | | |
| 63. TOTAL FINA SA SPONSORED ADR | B | Dividend | L | T | None | | | | |
| 64. NOKIA CORP. ADR | C | Dividend | M | T | None | | | | |
| 65. LAZARD BROTHERS SAVINGS ACCOUNT (Y) | | | | | | | | | |
| 66. LAND IN CONCORD, MA | | None | L | W | None | | | | |
| 67. LAND IN PLAINFIELD, NH | | None | N | W | None | | | | |
| 68. CAMBRIDGE TRUST COMPANY (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ALLTEL CORP - COMMON STOCK | A | Dividend | | | Sell | 11/16 | L | E | |
| 70. BANK OF AMERICA CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 71. EXELON CORPORATION - COMMON STOCK | B | Dividend | M | T | None | | | | |
| 72. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 73. IBM - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 74. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 75. PACCAR INC - COMMON STOCK | C | Dividend | M | T | Cash in Lieu | 10/18 | J | A | See Part VIII |
| 76. PROCTER & GAMBLE CO - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 77. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 78. UNITED TECHNOLOGIES CORP - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 79. AMGEN INC - COMMON STOCK | | None | K | T | None | | | | |
| 80. CISCO SYSTEMS INC - COMMON STOCK | | None | L | T | None | | | | |
| 81. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 82. SSGA MONEY MARKET FUND | B | Dividend | L | T | None | | | | |
| 83. TEVA PHARMACEUTICAL - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 84. NESTLE SA - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 85. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BHP BILTON LTD | A | Dividend | L | T | None | | | | |
| 87. SCOTTISH POWER PLC SPONSORED ADR | | None | | | Sell | 3/28 | K | D | |
| 88. CAMBRIDGE, MA 4.00% 01/01/2014 | C | Interest | L | T | None | | | | |
| 89. HOPKINTON, MA 4.00% 07/01/2011 | B | Interest | L | T | None | | | | |
| 90. SCITUATE, MA 4.50% 09/15/2013 | B | Interest | L | T | None | | | | |
| 91. SHARON, MA 4.00% 9/15/2013 | C | interest | L | T | None | | | | |
| 92. KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | C | Interest | L | T | None | | | | |
| 93. UNITED STATES TREASURY NOTES 6.25% 02/15/2007 | B | Interest | | | Redemption | 2/15 | K | | |
| 94. PARTNERRE LTD - COMMON STOCK | A | Dividend | | | Sell | 10/11 | K | D | |
| 95. EMC CORP MASS - COMMON STOCK | | None | K | T | None | | | | |
| 96. WELLESLEY MASSACHUSETTS GENERAL OBLIGATION 4.00% 06/01/2012 | C | Interest | L | T | None | | | | |
| 97. JOHNSON CONTROLS INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 98. WINDSTREAM CORP - COMMON STOCK | A | Dividend | J | T | None | | | | |
| 99. STANCROFT TRUST LIMITED (X) | D | Dividend | M | W | None | | | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.

NEW YORK, NEW YORK ████

PART VII: LINE 23 & 48: Spinoff - On 4/2/07 Automatic Data Processing Inc. distributed shares of Broadridge Finl Solutions LLC.

PART VII: LINE 75: Stock Split 3:2 - On 10/10/07 Paccar Inc. Fractional shares were paid in cash in lieu.

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544